IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHEILA F. VEGA, § § | |
| Plaintiff, § § | |
| vs. § | Case No. CIV-07-350-RAW |
| § | |
| MICHAEL J. ASTRUE, § Commissioner, § Social Security Administration § § | |
| Defendant, § | |

**O R D E R**

Upon consideration of Defendant's Unopposed Motion to Reverse and Remand (Doc. 18), and for good cause shown, it is hereby ORDERED that the Commissioner's determination be reversed and this case remanded to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand, the Commissioner will give Plaintiff the opportunity to appear at a de novo hearing before an Administrative Law Judge.

DATED this 23rd day of July, 2008.

**Dated this 23rd Day of July 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma